UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:21-cv-3000-KKM-AEP

STEPHEN TYLER,

    Plaintiff,

v.

POWER HOME SOLAR LLC,

    Defendant.

_____/

## NOTICE OF COMPLIANCE

PLEASE TAKE NOTICE that Andrew J. Adams has complied with this Court's February 16, 2022, Order (ECF No. 12) and Local Rule 2.01(b)(G) and has registered with the Middle District's CM/ECF system.

Dated this 7th day of March 2022.

**SODHI SPOONT PLLC**
*Counsel for Defendant*
3050 Biscayne Blvd., Ste. 701
Miami, FL 33137
Tel: (305) 907-7573

By: _____
ERIC M. SODHI (FBN: 583871)
Email: eric@sodhispoont.com
Secondary:michelle@sodhispoont.com

-and-

**DARROW EVERETT LLP**
*Co-Counsel for Defendant*
50 Congress Street, Suite 1040
Boston, MA 02109
Tel. (401) 453-1200

2

        Anthony T. Panebianco (*Pro Hac Vice Pending*)
        Email: apanebianco@darroweverett.com
        Andrew Adams (*Pro Hac Vice*)
        Email: aadams@darroweverett.com

## CERTIFICATE OF SERVICE

       I hereby certify that on March 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and the forgoing was served via e-mail therefrom to all counsel of record.

Jason B. Woodside, Esq.
**WOODSIDE LAW, P.A.**
*Counsel for Plaintiff*
100 S. Ashley Dr., Ste 600
Tampa, FL 33602
Tel: (813) 606-4872
jason@woodsidelawpa.com

        By: */s/ Eric M. Sodhi*
            ERIC M. SODHI